Raleigh C. Thompson, NV Bar No. 11296
Ryan Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rct@morrislawgroup.com
Email: rml@morrislawgroup.com

Attorneys for Defendant
FMMR Investments, Inc. d/b/a Rapid Cash

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAZIA LONDON,<br><br>               Plaintiff,<br><br>v.<br><br>SPEEDY CASH,<br><br>               Defendant. | Case No. 2:19-cv-01794-KJD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), defendant FMMR Investments, Inc. d/b/a Rapid Cash (named in the complaint as "Speedy Cash") ("Defendant") and plaintiff Pazia London ("Plaintiff"), by and through their respective counsel of record, stipulate as follows:

Defendant has requested, and Plaintiff has consented to, an extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on October 15, 2019) from November 8, 2019 to November 22, 2019.

Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request

1

the Court approve the agreement, as set forth below:

    a. This is the Parties' first stipulation for an enlargement of time to respond to the Complaint;

    b. The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before November 22, 2019; and

    c. Defendant requested this extension to give its counsel sufficient time to meaningfully assess Plaintiff's claims before responding to the Complaint. This stipulation is not made for purposes of delay.

Dated: November 7, 2019

By: /s/ *Raleigh Thompson*
Raleigh C. Thompson (11296)
Ryan M. Lower (9108)
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101

Attorneys for Defendant
FMMR Investments, Inc. d/b/a Rapid Cash

Dated: November 7, 2019

By: /s/ *Cam-Tu Dang*
Cam-Tu Dang (13093)
PETERS AND ASSOCIATES LLP
6173 South Rainbow Blvd.
Las Vegas, Nevada 89118

Attorneys for Plaintiff
Pazia London

**IT IS SO ORDERED**

**DATED: November 08, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**