Cam-Tu Dang (NV# 13093)
PETERS AND ASSOCIATES, LLP
6173 S. Rainbow Blvd.
Las Vegas, NV 89118
T: (702) 818-3888
F: (702) 583-4940
E: cam@PandALawFirm.com
*Attorneys for Plaintiff,*
*Pazia London*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAZIA LONDON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FMMR INVESTMENTS, INC. d/b/a RAPID CASH,<br><br>　　　　Defendant. | Case No.: 2:19-cv-01794-KJD-BNW<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(FIRST REQUEST) |

　　　　Pursuant to LR 26-4, plaintiff Pazia London ("Plaintiff") and defendant FMMR Investments, Inc. d/b/a Rapid Cash ("Defendant") (together, the "Parties"), stipulate to extend the discovery and dispositive motion deadlines by sixty (60) days as follows:

**A. Discovery completed.**

　　1. The Parties exchanged initial disclosures on January 8 and 17, 2020, pursuant to which they produced numerous documents at issue in this case.

　　2. Plaintiff served written discovery requests on Defendant on February 24, 2020, responses to which are due on April 8, 2020.

　　3. Defendant served written discovery requests on Plaintiff on March 24, 2020, responses to which are due on April 24, 2020.

**B. Discovery to be completed.**

   1. In addition to and as a result of the outstanding written discovery requests stated above, the Parties anticipate supplemental disclosures of documents and/or witnesses.

   2. Plaintiff intends to take the deposition of Defendant's corporate representative.

   3. Defendant intends to take the deposition of Plaintiff.

**C. Reasons discovery not completed and good cause for extension.**

The truly unusual circumstances related to the Coronavirus Pandemic have caused delays in communication with clients and will impact the Parties' abilities to schedule and hold depositions within the time originally allotted for discovery.

Federal Rule of Civil Procedure 6(b) provides trial courts with the authority to extend time periods. The Parties believe that good cause exists to extend the discovery deadlines as they have diligently prosecuted this case and additional discovery is required for the parties to adequately prepare for the trial. Further, health concerns related to the Coronavirus pandemic have created an unusual and unforeseen impact on the depositions of the Parties.

**D. Proposed deadlines.**

Thus, the Parties respectfully request that the discovery deadline of May 5, 2020, be extended by sixty (60) days to July 6, 2020, and that the corresponding deadline to file dispositive motions be extended by sixty (60) days to August 5, 2020. This request will not affect any other deadline in the Court's Discovery Plan and Scheduling Order.

Pursuant to LR IA 6-1, this is the first request for an extension of these deadlines. This stipulation is not filed for any improper purpose and is not requested for delay. The requested extension will not affect the trial date or any other deadlines in the Court's Discovery Plan and Scheduling Order other than those mentioned above. Further, none of the parties will be prejudiced by an extension of these deadlines.

**IT IS SO ORDERED**

**DATED: April 06, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| 1 | *By: /s/ Cam-Tu Dang* |
| 2 | Cam-Tu Dang (NV# 13093) |
| | PETERS AND ASSOCIATES, LLP |
| 3 | 6173 S. Rainbow Blvd. |
| | Las Vegas, NV 89118 |
| 4 | T: (702) 818-3888 |
| 5 | F: (702) 583-4940 |
| | E: cam@PandALawFirm.com |
| 6 | *Attorneys for Plaintiff,* |
| | *Pazia London* |

By: */s/ Raleigh C. Thompson*
Raleigh C. Thompson (NV# 11296)
Ryan Lower (NV# 9108)
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
T: (702) 474-9400
F: (702) 474-9422
E: rct@morrislawgroup.com;
rml@morrislawgroup.com
*Attorneys for Defendant*
*FMMR Investments, Inc. d/b/a Rapid Cash*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Unites States District Court of the District of Nevada, this 3rd day of April 2020, with the notice of case activity generated and sent to counsel of record.

Raleigh C. Thompson (NV# 11296)
Ryan Lower (NV# 9108)
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
T: (702) 474-9400
F: (702) 474-9422
E: rct@morrislawgroup.com; rml@morrislawgroup.com
*Attorneys for Defendant*
*FMMR Investments, Inc. d/b/a Rapid Cash*

*/s/Jacey Gutierrez*