Cam-Tu Dang (NV# 13093)
PETERS AND ASSOCIATES, LLP
6173 S. Rainbow Blvd.
Las Vegas, NV 89118
T: (702) 818-3888
F: (702) 583-4940
E: cam@PandALawFirm.com
*Attorneys for Plaintiff,*
*Pazia London*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PAZIA LONDON,

    Plaintiff,

v.

FMMR INVESTMENTS, INC. d/b/a
RAPID CASH

    Defendant.

Case No.: 2:19-cv-01794-KJD-BNW

**ORDER FOR DISMISSAL WITH PREJUDICE**

   Pursuant to Federal Rule of Civil Rule Procedure 41, Plaintiff Pazia London and Defendant FMMR Investments, Inc. d/b/a/ Rapid Cash ("Rapid"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Rapid. The parties have further stipulated that each party shall bear their own attorneys' fees and costs.

   Respectfully submitted this 19th day August 2020.

1

1

2      By: /s/ Cam-Tu Dang
       Cam-Tu Dang (NV# 13093)
3      PETERS AND ASSOCIATES, LLP
       6173 S. Rainbow Blvd.
4      Las Vegas, NV 89118
       T: (702) 818-3888
5      F: (702) 583-4940
       E: cam@PandALawFirm.com
6      Attorneys for Plaintiff,
       Pazia London
7
8      By: /s/ Raleigh C. Thompson
       Raleigh C. Thompson, No. 11296
9      Ryan M. Lower, No. 9108
       KAEMPFER CROWELL
10     1980 Festival Plaza Drive, Suite 650
       Las Vegas, Nevada  89135
11     T:  (702) 792-7000
       F:  (702) 796-7181
12     E: rthompson@kcnvlaw.com
       E: rlower@kcnvlaw.com
13     Attorneys for Defendant
       FMMR Investments, Inc. d/b/a Rapid Cash
14

15

16

17     **IT IS ORDERED**

18

19

20

21     _____
       Hon. Kent J. Dawson
22     UNITED STATES DISTRICT JUDGE

23

24     DATED: 8/28/2020

25

26

27

28

- 2 -

1
2

**<u>CERTIFICATE OF SERVICE</u>**

3

I hereby certify that on August 19, 2020, I electronically filed the foregoing with

4

the Clerk of the Court using the ECF system, which will send notice of such filing to all

5

attorneys of record in this matter.

6
7
8

*/s/Jacey Gutierrez*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28